IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MAURICE HARPER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  14-638 |
| | : | |
| ELLEN T. GREENLEE, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### O R D E R

**AND NOW**, this 25th day of July, 2014, upon consideration of Plaintiff's Motions for Appointment of Counsel (Doc. Nos. 3,5), and Plaintiff's Affidavit of Fact (Doc. No. 9), it is hereby **ORDERED** that the Motions are **DENIED**.

BY  THE  COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE